■ In the Matter of KAREN A. KOLB, Respondent, v WILLIS G. RICE, JR., Appellant. [637 NYS2d 573] —Order unanimously affirmed without costs. Memorandum: Respondent is not entitled to credit for child support payments he made pursuant to a temporary order that was vacated before the present petition was filed. The present order requiring respondent to pay child support in the sum of $148.86 per week is retroactive only to August 4, 1994, the date of the petition. The payments made by respondent were pursuant to a temporary order for a period that preceded the period in issue; consequently, respondent is not entitled to credit them against his present support obligation (see, Matter of Smith v Smith, 191 AD2d 1007, 1008). (Appeal from Order of Oswego County Family Court, Roman, J.—Child Support.) Present—Lawton, J. P., Fallon, Doerr, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS AQUINO, Appellant. [638 NYS2d 382] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Graney, J.—Felony Driving While Intoxicated.) Present—Pine, J. P., Wesley, Callahan, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES R. SHEEHAN, Appellant. [638 NYS2d 382] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 2nd Degree.) Present—Pine, J. P., Wesley, Callahan, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON J. LEONARD, Appellant. [638 NYS2d 382] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Reckless Endangerment, 1st Degree.) Present—Pine, J. P., Wesley, Callahan, Davis and Boehm, JJ.